YORKVILLE BANK, Appellant, *v.* THE HENRY ZELTNER BREW-
ING COMPANY, Defendant.

WILLIAM B. SUTHERLAND, as Receiver of the HENRY ZELTNER
BREWING COMPANY, Respondent.

*Yorkville Bank* v. *Zeltner Brewing Co.,* 80 App. Div. 578, appeal
dismissed.

(Argued March 14, 1904; decided March 29, 1904.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered March
21, 1903, which reversed an order of Special Term denying a
motion to vacate and set aside a judgment theretofore entered
in this action, the execution issued thereon and a levy made
under said execution, and granted such motion.

*Louis Marshall, Moses Weinman* and *Abraham Benedict*
for appellant.

*Henry A. Forster* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MAR-
TIN, CULLEN and WERNER, JJ.